DAVID D. LAWRENCE, State Bar No. 123039
DENNIS M. GONZALES, State Bar No. 59414
NATHAN OYSTER, State Bar No. 225307
noyster@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
County of Los Angeles

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARTINEZ, an individual,<br><br>         Plaintiff,<br>    vs.<br>COUNTY OF LOS ANGELES, a municipal entity, and DOES 1 through 10, Inclusive,<br><br>         Defendants. | Case No.: CV 09-08371 RGK (VBKx)<br><br>Honorable R. Gary Klausner<br><br>**[PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION**<br><br>[Fed.R.Civ.P., Rule 41(a)]<br><br>*[Stipulation to Dismiss Entire Action filed concurrently herewith ]* |

Pursuant to Stipulation entered into by Defendant COUNTY OF LOS ANGELES and Plaintiff DANIEL MARTINEZ, IT IS HEREBY ORDERED as follows:

    1.   This entire action is dismissed with prejudice; and
    2.   Each side is to bear their own costs.

IT IS SO ORDERED.

DATED:  September 14, 2010

_____
HONORABLE R. GARY KLAUSNER
United States District Judge